# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

RONEN HALPERN

    v.                                          Case Number: 1:09CV00474

WAKE FOREST UNIVERSITY
HEALTH SCIENCES

# NOTICE

Take **notice** that a proceeding in the case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | U.S. Courthouse, 324 W. Market St., Greensboro, N.C. |
| COURTROOM NO.: | 3 |
| DATE AND TIME: | September 22, 2010 - 3:30 p.m. |
| PROCEEDING: | Settlement Conference |

**Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.**

---

John S. Brubaker, Clerk

By: /s/ Wanda Williamson, Deputy Clerk

Date:   August 31, 2010

TO:   ALL COUNSEL/PARTIES OF RECORD